IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEANGELO WRIGHT,

   Petitioner,

    v.

STEVE PERKINS,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-3599-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action on the merits. The Petitioner's objections that the evidence was insufficient to find him guilty of theft by taking are without merit. The Defendant submitted false documents to obtain financing for a $57,000.00 automobile and then refused to return it to the dealership when his credit application was denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 12 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge